**Not for Publication**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

MARQUESA C. JACKSON-LOCKLEAR,

*Plaintiff,*

v.

WILLIAM PATTERSON UNIVERSITY et al,

*Defendants.*

Civil Action No. 16-5449
(JMV) (MF)

**ORDER**

**John Michael Vazquez, U.S.D.J.**

For the reasons expressed in the accompanying Opinion, and for good cause shown,

**IT IS** on this 24th day of April, 2018, hereby

**ORDERED** that Defendant Theta Tau Chapter of the Sigma Pi Fraternity's ("Theta Tau") motion to dismiss, D.E. 40, is **GRANTED**; and it is further

**ORDERED** that Counts Eight, Nine, and Ten are **DISMISSED** without prejudice; and it is further

**ORDERED** that Plaintiff shall have thirty (30) days from the date of this Order to file an Amended Complaint as to the Theta Tau. If Plaintiff fails to file an Amended Complaint within that time, the counts will be dismissed with prejudice as to Theta Tau.

John Michael Vazquez, U.S.D.J.